[No. 7774–4–II.   Division Two.   July 2, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN WAYNE KING, *Appellant.*

Appeal from a judgment of the Superior Court for Clal-

lam County, No. 84-1-00010-3, William E. Howard, J., entered April 20, 1984. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Reed and Petrich, JJ.